**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNN J. HUBBARD, et al.,<br><br>                  Plaintiffs,<br>vs.<br>SOBRECK LLC,<br><br>                  Defendants. | CASE NO. 04cv1129 WQH (LSP)<br><br>**ORDER** |

HAYES, Judge:

      On January 12, 2009, the Court of Appeals for the Ninth Circuit entered judgment in this case reversing the Court's order awarding Defendants attorney's fees and remanding. (Doc. # 115). This Court now has jurisdiction.

      On June 4, 2004, Plaintiffs initiated this action by filing the Complaint. (Doc. # 1). On May 2, 2006, the Court commenced a two-day bench trial. On August 7, 2006, the Court entered a judgment in favor of Defendants on all of Plaintiff's claims. (Docs. # 79, 80). On November 22, 2006, the Court issued an order awarding Defendants attorney's fees totaling $80,090.86. (Doc. # 98).

      On December 15, 2006, Plaintiffs appealed the Court's November 22, 2006 order awarding Defendants attorney's fees to the Ninth Circuit. (Doc. # 100). On January 12, 2009, the Ninth Circuit issued an opinion that stated: "The order awarding attorney's fees is reversed and the matter remanded with instructions to vacate the fee award." (Doc. # 115).

1     IT IS HEREBY ORDERED that the November 22, 2006 order awarding attorney's fees
2 (Doc. # 100) is **VACATED.** The case shall remain closed.
3 DATED: February 18, 2009

                                        */s/ William Q. Hayes*
                                       **WILLIAM Q. HAYES**
                                       United States District Judge